IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**ROBERT LEE MOORE,**

    **Petitioner,**

    v.

**WARDEN, RICHLAND CORRECTIONAL INSTITUTION,**

    **Respondent.**

**CASE NO. 2:21-CV-00361**
**JUDGE JAMES L. GRAHAM**
**Magistrate Judge Kimberly A. Jolson**

## ORDER

On March 9, 2021, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that this action be dismissed. (Doc. 8). Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (Doc. 8) is **ADOPTED** and **AFFIRMED**. This action is hereby **DISMISSED**.

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). The Court therefore **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED.**

Date: April 23, 2021

                             _____s/James L. Graham_____
                             **JAMES L. GRAHAM**
                             **UNITED STATES DISTRICT JUDGE**